IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40750
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

DEWELL KEITH FOLLMER,

                                        Defendant-Appellant.



- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1-94-CR-137-1
- - - - - - - - - -
June 21, 1996
Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Dewell Keith Follmer appeals the sentence he received following his conviction for being a felon in possession of firearms.  We have reviewed the record and Follmer's brief and AFFIRM the district court's rulings, made during the sentencing hearing, on:  (1) whether Follmer's offense level properly was increased because he obstructed justice; (2) whether Follmer should have received a reduction for acceptance of responsiblity;

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

(3) the number of firearms possessed by Follmer; and (4) whether Follmer used the firearm in relation to another felony.  See United States v. Follmer, No. 1:94-CR-137 (E.D. Tex. Sept. 7, 1995).

Regarding the following arguments raised by Follmer for the first time on appeal, we find no error, plain or otherwise: (1) the calculation of Follmer's base offense level; (2) the alleged denial of due process brought about by the district court's refusal to reveal the location of the firearms; and (3) the applicability of the sporting/collecting reduction.  See United States v. Olano, 507 U.S. 725, 731-37 (1993).

AFFIRMED.